IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DOLLAR GENERAL CORPORATION
a/s/o ERMENOOHI SARGON, individually,
and the ESTATE OF ROBERT SARGON,

    Plaintiff,

vs.                                     CASE NO.: 1:07cv195-SPM/AK

MTR INC., a Florida Corporation,

    Defendant.
_____/

**ORDER GRANTING LEAVE TO AMEND**
**COMPLAINT TO CORRECT CAPTION**

This cause comes before the Court on Plaintiff's Unopposed Motion to Amend Style of Suit (doc. 11). Because the defect in the style comes from the caption of Plaintiff's complaint (doc. 1), Plaintiff should file an amended complaint with a proper caption in accordance with Federal Rule of Civil Procedure 10(a). Thereafter, the clerk will amend the style of the suit to reflect the corrected caption. Accordingly, it is

ORDERED AND ADJUDGED that the Unopposed Motion to Amend Style of Suit (doc. 11) is granted. Plaintiff shall have up to and including February 8, 2008, to file an amended complaint correcting the caption.

DONE AND ORDERED this 29th day of January, 2008.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge